UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-414 (SHS) |
| -v- | : | ORDER |
| MAURICE MARTINEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation proceeding is moved to 9:00 a.m. on December 7, 2022.

Dated: New York, New York
       December 2, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.