UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,       :       13-Cr-414 (SHS)

    -v-                             :       ORDER

MAURICE MARTINEZ,                :

        Defendant.             :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the violation proceeding is adjourned to January 13, 2023, at 11:30 a.m.

Dated: New York, New York
       December 15, 2022

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.